STATE OF OREGON           )
                          )  ss.          AFFIDAVIT OF AARON T. EISNER
County of Multnomah       )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Aaron T. Eisner, being first duly sworn on oath, hereby depose and say under oath:

### Introduction

1.      I am a Special Agent with the FBI and have been since 2011. I am currently assigned to the FBI's Portland Field Office. My current assignment involves investigating child exploitation crimes. My training and experience includes investigating federal criminal violations related to child exploitation, among other federal violations. I have acquired knowledge and experience on conducting criminal investigation from multiple sources, including formal and informal training, other law enforcement officers, and my participation in investigations. As a federal law enforcement officer, I am authorized to investigate and make arrests for violations of federal law and to apply for federal search warrants.

2.      This affidavit is submitted in support in support of a criminal complaint and arrest warrant for Alfred Sterling Hilliker for violations of 18 U.S.C § 2422(b): *Attempted Coercion and Enticement of a Minor* and 18 U.S.C. § 2423(b): *Travel with Intent to Engage in Illicit Sexual Conduct.*

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.  The statements contained in this affidavit are based upon the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of records related to this investigation; communications

with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.　　This Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, this Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C.§ 2711(3)(A)(i).

## Applicable Law

5.　　*Title 18, United States Code, § 2422(b)* Attempted Coercion and Enticement, provides as follows: Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

6.　　*Title 18, United States Code, § 2423(b)* Travel with Intent to Engage in Illicit Sexual Conduct, provides as follows: A person who travels in interstate commerce or travels into the United States, or a United States citizen or an alien admitted for permanent residence in the United States who travels in foreign commerce, with a motivating purpose of engaging in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years, or both.

7.　　The following are some of the Oregon laws that may apply in this circumstance:

Page 2 – Affidavit of Aaron T. Eisner

a.  A person who has sexual intercourse with another person commits the crime of Rape in the Second Degree if the other person is under 14 years of age. Rape in the Second Degree is a Class B Felony.

b.  A person commits the crime of sexual abuse in the first degree when that person: (a) Subjects another person to sexual contact and: (A) The victim is less than 14 years of age. Sexual Abuse in the First Degree is a Class B Felony.

c.  For both offenses, in cases in which the victim's lack of consent was due solely to incapacity by reason of being less than a specified age, it is a defense that the actor was less than three years older than the victim at the time of the alleged offense.

## Statement of Probable Cause

**Social Media Application Communications**

8.  On January 28, 2024, a male, later identified as Alfred Sterling Hilliker, initiated a direct message conversation with a Federal Bureau of Investigation (FBI) online covert employee (OCE) posing as the parent of a minor female on a social media application. Social media application refers to an online mobile application that permits users to send direct messages, videos, and images to other users.

9.  The OCE purported to reside in Washington and be the parent of a nine-year-old female child who allows others to sexually abuse the child. Hilliker stated that he lived in Tigard, Oregon and wanted to perform sexual acts on this purported minor female, herein referred to as Jane Doe. Hilliker stated that he would like to meet up with the purported parent, their spouse, and Jane Doe so that he could carry out sexual acts with Jane Doe. Below are excerpts of the messages between Hilliker and the OCE regarding the sexual acts he intended to carry out with Jane Doe:

**Hilliker: What size cock is she used to**
**OCE:     I'm 5.5 inches**
**Hilliker:  So she pretty much won't know the difference, we are like the same size**
**            She like being eaten out**

**Hilliker: What I kind of hope for is a bed tall enough I could kinda stand at the edge of the bed and work it easy with her**

**Hilliker: I just don't know how nervous I'll be. I'll try to ignore that you two are there**

**Hilliker: Then start undressing and have her scoot to the edge of the bed where I can start by going down on her**

### Arrives to Specific Location within the State of Washington

10.    Hilliker made arrangements to travel from Oregon to a location within the state of Washington on January 31, 2024 to engage in sexual acts with Jane Doe.

11.    On January 31, 2024, FBI Agents arrested Hilliker after he arrived at the arranged location in Washington. He had condoms in his possession.

12.    After Hilliker was arrested, he was given his *Miranda* warnings and interviewed. Hilliker stated he lives in Tigard, Oregon and was the user who operated the account conversing with the OCE on the Social Media Application. Hilliker admitted he made the statements on the Social Media Application regarding the performance of sex acts on Jane Doe. Hilliker stated that Jane Doe was nine-years-old. Hilliker provided his Oregon residential address to the interviewers.

### Conclusion

13.    Based on the foregoing information, I have probable cause to believe that Alfred Sterling Hilliker committed the violation of Title 18 U.S.C § 2422(b) – *Attempted Coercion and Enticement* and 18 U.S.C. § 2423(b): *Travel with Intent to Engage in Illicit Sexual Conduct*. I therefore respectfully request that the Court issue a criminal complaint and arrest warrant charging Alfred Sterling Hilliker.

14. This affidavit, the accompanying criminal complaint, and the requested arrest warrant were all reviewed by Assistant United States Attorney Eliza Carmen Rodriguez prior to being submitted to the Court. AUSA Carmen Rodriguez informed me that in her opinion, this affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested complaint and arrest warrant.

*(By telephone)*
Aaron T. Eisner
Special Agent
Federal Bureau of Investigation

Sworn to by telephone or other reliable means in accordance with Fed. R. Crim. P. 4.1(a) at 9:20 [am]/pm on February 1, 2024.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

Page 5 – Affidavit of Aaron T. Eisner